UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
FITZROY MORRIS,

          Petitioner,

-against-

WILLIAM PHILLIPS, Superintendent,

          Respondent.
----------------------------------------X

JUDGMENT
04-CV-4597 (FB)

An Order of Honorable Frederic Block, United States District Judge, having been filed on July 22, 2005, denying petitioner's motion for summary judgment; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered denying petitioner's motion for summary judgment.

Dated: Brooklyn, New York
       July 22, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court